IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARIUS SHERIDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-475-WKW |
| | ) | [WO] |
| DENNIS MEEKS, DIANNE | ) | |
| WILLIAMS, and CONTRACT | ) | |
| MEDICAL CARE PROVIDER, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 35.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 35) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to properly prosecute this action and comply with the orders of the court.

A final judgment will be entered separately.

DONE this 30th day of May, 2017.

                                                       /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE